UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ISREAL LEONARD, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:18-CV-1853-G (BT) |
| LORIE DAVIS, *Director*, TDCJ-CID, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

The court has entered its order accepting the findings, conclusions and recommendation of the United States Magistrate Judge in this case. It is therefore **ORDERED, ADJUDGED** and **DECREED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is **TRANSFERRED** to the **United States Court of Appeals for the Fifth Circuit** as successive. *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.

October 4, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**